UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-14039-CR-MOORE

**UNITED STATES OF AMERICA,**

    Plaintiff(s),

vs.

**ANNIEL GOMEZ**

    Defendant(s).
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS MATTER is before the Court on United States Magistrate Judge Frank J. Lynch's Report and Recommendation on Motion to Vacate Guilty Plea, issued May 30, 2008 [378]. After review of the Report and Recommendation, review of the record, and having reviewed Defendant's Objections and the Government's Response, it is

ORDERED AND ADJUDGED the Magistrate Judge's Report and Recommendation [361] is hereby **ADOPTED**. The defendant Anniel Gomez' Motion to Vacate Guilty Plea [345] is **DENIED**

DONE AND ORDERED in Chambers at Miami, Florida this 9th day of June, 2008.

                                        K. MICHAEL MOORE
                                        UNITED STATES DISTRICT JUDGE

Copies Furnished to:

All counsel and pro se parties of record